# Law Offices of
# Daniel A. McGuinness, PC

260 Madison Ave, 17th Floor, New York, NY 10016
Tel: (212) 679-1990 · Fax: (888)-679-0585 · Email: dan@legalmcg.com

June 27, 2022

**VIA ECF**

Hon. Jesse M. Furman
United States District Court
40 Foley Square, Room 240
New York, NY 10007

*Application GRANTED. Sentencing is hereby ADJOURNED to July 20, 2022, at 3:00 p.m.. The Clerk of Court is directed to terminate Doc. #29. SO ORDERED.*

*[signature]*

*June 27, 2022*

Re: *United States v. Jose Zayas,* Case No. 22-cr-243 (JMF)

Dear Judge Furman,

    I represent Jose Zayas in the above-captioned matter. I write to respectfully request a 14-day adjournment of Mr. Ospina's sentencing currently scheduled for July 5, 2022 at 3:15. I am seeking this request because I am currently recovering from COVID-19 and in the middle of a trial before the Honorable Alvin K. Hellerstein that was adjourned for that reason. Additionally, due to MDC scheduling issues and technical problems, Mr. Zayas's pre-sentence interview was only able to be completed 10 days ago. The Government consent to this request.

    I thank the Court for its attention to this request. I also thank the probation office for its diligent work in expediting this matter for sentencing.

Sincerely,

*[signature]*

Daniel A. McGuinness

Cc: All counsel (via ECF)